NORTH DAKOTA METAL CULVERT COMPANY, a Corporation, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, a Corporation, Appellant.

(215 N. W. 556.)

**Ruling in prior case governs.**
   Following the decision announced in Piper-Howe Lumber Co. v. Padgett, ante, 811, the order in this case is affirmed.

Opinion filed October 13, 1927.

Appeal from the District Court of Stutsman County, *Coffey,* J.
Affirmed.
*John H. Lewis,* for appellant.
*Conmy, Young & Burnett,* for respondent.

PER CURIAM. This is an appeal from an order overruling a demurrer to the complaint. The action is brought upon a contractor's bond. The bond is of the same character as that considered in Piper-Howe Lumber Co. v. Padgett, ante, 811, 215 N. W. 468, and the questions presented on this appeal are identical with those decided in that case relative to the right of the plaintiff to sue upon the bond. On the authority of that decision the order appealed from is affirmed.

BIRDZELL, Ch. J., and NUESSLE, CHRISTIANSON, BURKE, and BURR, JJ., concur.